NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MERS KUTT,**

*Plaintiff-Appellant*

v.

**APPLE INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, INTEL CORPORATION, NVIDIA CORPORATION, GOOGLE LLC, LENOVO GROUP LIMITED, ACER, INC., DELL, INC., TOSHIBA CORPORATION, VERIZON COMMUNICATIONS, INC., SPRINT CORPORATION, AT&T CORP., T-MOBILE USA, INC., BLACKBERRY LIMITED, FKA RESEARCH IN MOTION INC., BEST BUY CO., INC, SCOTIABANK, FKA BANK OF NOVA SCOTIA, JPMORGAN CHASE & CO., JONES DAY, SEASONS CONDOMINIUMS, THE TRAVELERS COMPANIES, INC., PAMELA MARY DEVINS, ELLEN AZEVEDO, CAROL CLAY, BRANCH BANKING & TRUST CO., NKA TRUIST BANK, ADVANCED MICRO DEVICES, ARM LTD.,**
*Defendants-Appellees*

**ARM HOLDINGS PLC, SAMSUNG ELECTRONICS CO., LTD., MICROSOFT CORPORATION, HEWLETT-PACKARD COMPANY, QUALCOMM INCORPORATED, HTC CORPORATION, NOKIA CORPORATION, ASUSTEK COMPUTER, INC., SONY CORPORATION, FUJITSU LIMITED, AMAZON.COM, INC., EBAY, INC., ATMEL CORPORATION, EDWARD FRANCIS**

**OCONNOR,LLP, CONDOMINIUM ASSOCIATION, STORAGE POST INC, ROBERT GREENE, RHEA GREENE, MR. STUART SMITH LLP, UNITED STATES OF AMERICA GOVERNMENTS,**

*Defendants*

————————————

2020-1757

————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00316-RWS, Judge Robert Schroeder, III.

————————————

**JUDGMENT**

————————————

MERS KUTT, North York, Ontario, Canada, pro se.

BENJAMIN ELACQUA, Fish & Richardson P.C., Houston, TX, for defendant-appellee Apple Inc.  Also represented by ASHLEY BOLT, Atlanta, GA; ANDREW THOMPSON GORHAM, Gillam & Smith LLP, Tyler, TX; MELISSA R. SMITH, Marshall, TX.

MICHAEL EDWIN JONES, Potter Minton, Tyler, TX, for defendants-appellees International Business Machines Corporation, Verizon Communications, Inc.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, for defendant-appellee Intel Corporation.  Also represented by DAVID FOLSOM, Jackson Walker LLP, Texarkana, TX.

DAVID M. HOFFMAN, Fish & Richardson P.C., Austin, TX, for defendant-appellee NVIDIA Corporation.  Also represented by ASHLEY BOLT, Atlanta, GA.

MICHAEL SOONUK KWUN, Kwun Bhansali Lazarus LLP, San Francisco, CA, for defendant-appellee Google LLC.

ERIC H. FINDLAY, Findlay Craft PC, Tyler, TX, for defendants-appellees Lenovo Group Limited, Acer, Inc., Best Buy Co., Inc. Defendants-appellees Lenovo Group Limited, Best Buy Co., Inc. also represented by ROGER BRIAN CRAFT.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, for defendants-appellees Dell, Inc., Toshiba Corporation, Advanced Micro Devices. Defendant-appellee Dell, Inc. also represented by ROGER FULGHUM.

MARTIN GILMORE, Perkins Coie LLP, Austin, TX, for defendants-appellees Sprint Corporation, T-Mobile USA, Inc.

SCOTT W. BREEDLOVE, Carter Arnett, PLLC, Dallas, TX, for defendant-appellee AT&T Corp. Also represented by MINGHUI YANG, Carmichael IP, PLLC, Tysons Corner, VA.

SHAUN WILLIAM HASSETT, Potter Minton PC, Tyler, TX, for defendant-appellee BlackBerry Limited. Also represented by JASON W. COOK, McGuireWoods LLP, Dallas, TX; BRIAN DAVID SCHMALZBACH, Richmond, VA.

ERIC JOSEPH KLEIN, Vinson & Elkins LLP, Dallas, TX, for defendant-appellee Scotiabank. Also represented by MATTHEW WALTER MORAN, JEFFREY R. SWIGART.

ROSE CORDERO PREY, Greenberg Traurig, LLP, New York, NY, for defendant-appellee JPMorgan Chase & Co. Also represented by JOSHUA LEE RASKIN.

MARGARET ISABEL LYLE, Jones Day, Dallas, TX, for defendant-appellee Jones Day.

MIA BREAUX LORICK, Robert Markel Weinberg Butler Hailey PC, Houston, TX, for defendants-appellees Seasons Condominiums, Pamela Mary Devins, Ellen Azevedo, Carol Clay.

ALAN I. BECKER, Litchfield Cavo LLP, Chicago, IL, for defendant-appellee The Travelers Companies, Inc.

MATIAS FERRARIO, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC, for defendant-appellee Branch Banking and Trust Company.

KEVIN PAUL ANDERSON, Duane Morris LLP, Washington, DC, for defendant-appellee ARM Ltd.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2022    /s/ Peter R. Marksteiner
       Date    Peter R. Marksteiner
           Clerk of Court